UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
ALLISTER JAMISON RADZKA,
    Debtor.                                           No.04-17409-j7

**REPORT TO THE COURT ON UNCLAIMED FUNDS
DEPOSITED INTO THE COURT REGISTRY**

    COMES NOW, the Trustee in Bankruptcy Allister Jamison Radzka, No. 04-17409-j7, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, as referred to in the Order filed herein on December 2, 2009, the Trustee will forward a check in the amount of six hundred dollars and nine cents ($600.09) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

        William C. Wells                 $600.09
        c/o Steve H. Mazer
        122 Tenth St. NW
        Albuquerque, NM 87102
        (non-negotiated check, client ceased contact with Mr. Mazer
        and Mr. Mazer has no current address or way to reach the
        claimant)

                                                  Respectfully Submitted,

                                                  *Submitted Electronically*
                                                  MICHAEL J. CAPLAN, Trustee
                                                  827 E. Santa Fe Ave.
                                                  Grants, NM 87020
                                                  (505) 287-8891

    I certify that I mailed a copy of this notice, via first class mail, as noted, to the parties listed below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by use of the notice transmission facilities of the case management and electronic filing system on this 20th day of April, 2010.

*Submitted Electronically*
MICHAEL J. CAPLAN

United States Trustee     ustpregion20.aq.ecf@usdoj.gov